IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GARY URTIAGA,

    Plaintiff,

v.                                                                                                   Civ. No. 23-262 KK

KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration,

    Defendant.

### ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

THIS MATTER is before the Court on Plaintiff's Motion to Proceed *in Forma Pauperis* with Financial Affidavit Pursuant to 28 U.S.C. § 1915 (Doc. 2) ("Motion"), filed March 27, 2023. The Court, having reviewed the Motion and being otherwise fully advised, FINDS the Motion is well taken and it is hereby GRANTED. Plaintiff may proceed without prepayment of costs or other fees or the need to provide security therefor.

    IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE